UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on December 28, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sheronda D. Dixon

Case No.:     15-33822

Chapter:     7

Judge:     Vincent F. Papalia

# ORDER ON DEBTOR'S APPLICATION FOR WAIVER
# OF THE CHAPTER 7 FILING FEE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 28, 2015**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," this court orders that the application be:

☒         GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

❏         DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ _____ on or before _____
$ _____ on or before _____
$ _____ on or before _____
$ _____ on or before _____

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

❏         SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 filing Fee" shall be held on _____ at _____ ❏ am ❏ pm at the United States Bankruptcy Court, _____, Courtroom No. _____.

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.